IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-cr-94-KDB

FILED
CHARLOTTE, NC
APR 15 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 8 U.S.C. § 1326(a) |
| RONALD ANDRES CRUZ-CASTILLO ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 29, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**RONALD ANDRES CRUZ-CASTILLO**

being an alien, was found in the United States after having been removed therefrom on or about October 29, 2005, at or near Brownsville, Texas, June 1, 2011, at or near Miami, Florida, April 15, 2013, at or near Atlanta, Georgia, October 15, 2013, at or near Harlingen, Texas, November 29, 2014, at or near Atlanta, Georgia, March 24, 2015, at or near Harlingen, Texas, June 12, 2016, at or near Atlanta, Georgia, and March 6, 2023, at or near Atlanta, Georgia, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY